# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY J. MARTUCCI,

Plaintiff

v.

MILFORD BOROUGH, *et al.*,

Defendants

CIVIL ACTION NO. 3:17-1671

(JUDGE MANNION)

FILED
SCRANTON

APR 0 5 2018

Per _____
DEPUTY CLERK

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The defendants' motion to dismiss, (Doc. 16), plaintiff's amended complaint, (Doc. 14), is **GRANTED IN PART** and **DENIED IN PART**;

(2) The plaintiff's claims against DaSilva in his official capacity are **DISMISSED WITH PREJUDICE**;

(3) The defendants' motion to dismiss is **GRANTED** with respect plaintiff's requests for declaratory judgment and these claims for relief are **DISMISSED WITH PREJUDICE**;

(4) The plaintiff's malicious prosecution claims against the two Borough defendants pursuant to the Fifth Amendment are **DISMISSED WITH PREJUDICE**;

(5) The defendants' motion to dismiss the malicious prosecution claim against DaSilva in Count VI is **DENIED** and this claim will **PROCEED** against him;

(6) The defendants' motion to dismiss the malicious prosecution claim against the Borough and DaSilva under *Monell* in Count V is **DENIED** and this claim will **PROCEED** against them;

(7) The defendants' motion to dismiss DaSilva based on the qualified immunity defense is **DENIED**; and

(8) Defendants Milford and DaSilva are directed to file their answer to the remaining claims against them in plaintiff's amended complaint **within 14 days** of the date of this Order.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**Dated: April 5, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1671-01-ORDER.wpd

2