UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY J. MARTUCCI,

Plaintiff

v.

MILFORD BOROUGH, et al.,

Defendants

CIVIL ACTION NO. 3:17-1671

(JUDGE MANNION)

FILED
SCRANTON
APR 1 0 2018

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) Defendant Ashmway's motion to dismiss, **(Doc. 18)**, plaintiff's amended complaint, **(Doc. 14)**, is **GRANTED IN PART** and **DENIED IN PART**;

(2) The plaintiff's *Bivens* claims against Ashmway in his official capacity are **DISMISSED WITH PREJUDICE**;

(3) Defendant Ashmway's motion to dismiss is **DENIED AS MOOT** with respect plaintiff's requests for declaratory judgment since these claims for relief were previously **DISMISSED WITH PREJUDICE**;

(4) Defendant Ashmway's motion to dismiss plaintiff's malicious prosecution claims, Counts I and II, is **DENIED** and these claims will **PROCEED** against him;

(5) Defendant Ashmway's motion to dismiss plaintiff's abuse of process claim under *Bivens*, Count III, is **GRANTED** and this claim is **DISMISSED**;

(6) Defendant Ashmway's motion to dismiss plaintiff's state law abuse of process claim as time-barred, Count IV, is **GRANTED** and this claim is **DISMISSED WITH PREJUDICE**;

(7) Defendant Ashmway's motion to dismiss plaintiff's remaining claims against him based on the qualified immunity defense is **DENIED**; and

(8) Defendant Ashmway is directed to file his answer to the remaining claims against him in plaintiff's amended complaint **within 14 days** of the date of this Order.


s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**Dated: April 10, 2018**