# Mark B. Frost & Associates

A Professional Corporation
ATTORNEYS AT LAW
_____

1515 Market Street, Suite 1300, Philadelphia, PA 19102

| | | |
|---|---|---|
| MARK B. FROST<br>RYAN LOCKMAN*<br>*MEMBER PA AND NJ BARS | **T:** 215-351-3333<br>**F:** 215-351-3332<br>rlockman@mfrostlaw.com | NJ LAW OFFICE<br>33 PLYMOUTH ST., STE. 202A<br>MONTCLAIR, NJ 07042<br>T: 973-509-8500<br>F: 973-509-1770 |

September 6, 2018

**VIA ECF**
The Honorable Malachy E. Mannion
Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

  RE: Martucci v. Milford, et al., 3:17-cv-01671-MEM

Dear Judge Mannion:

  This office represents Plaintiff in the above-captioned matter. This is to inform the court that Plaintiff and the remaining defendant, Omar Ashmawy, have reached a tentative settlement. Counsel for both sides are currently cooperating towards the execution of a release form for the parties to sign. We ask that all deadlines in this matter be stayed for 60 days. When a settlement released is agreed upon and executed (or if, unexpectedly, there is an issue), we will inform the Court of same.

  Thank you for Your Honor's continued attention to these matters.

                 **MARK B. FROST & ASSOCIATES**

                 /s/ Ryan Lockman
                 RYAN LOCKMAN, ESQUIRE
CC: Don Carmelite (via ecf)       Counsel for Plaintiff