# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY MARTUCCI,** | : | |
| | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:17-1671 |
| v. | : | (JUDGE MANNION) |
| **OMAR ASHMAWY, BOROUGH OF MILFORD, PA; POLICE CHIEF JOAQUIM DASILVA,** | : : | |
| Defendants | : | |

## O R D E R

Per notification from counsel this action is **DISMISSED**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 28, 2019
17-1671-07